# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.:  8:17-CR-00270-T-33MAP

**ENITE ALINDOR**
    a.k.a Odette Dureland
    a.k.a Yvrose Policin
_____/

## MOTION TO AMEND / REDACT INDICTMENT AND MOTION IN LIMINE TO PRECLUDE REFERENCES TO ODETTE DURELAND AS "ENITE ALINDOR" THROUGHOUT TRIAL

COMES NOW, the Defendant, ENITE ALINDOR (a.k.a. Odette Dureland; a.k.a. Yvrose Policin)(hereinafter referred to by her true name "Odette Dureland"), by and through undersigned counsel and pursuant to Fed. R. Crim. P. 7(d) and Fed. R. Evid. 403, and hereby moves this Honorable Court for its Order granting Ms. Dureland's motion to amend / redact the indictment to reflect her true name as Odette Dureland; and motion in limine to preclude references to Ms. Dureland as "Enite Alindor" throughout trial in this matter. As grounds in support thereof, Ms. Dureland states the following:

1. On May 25, 2017, Ms. Dureland was charged by Indictment with one Count of Misrepresentation of Identity and False Statements as to Eligibility for Naturalization, in violation of 18 U.S.C. §1425; and one Count of

False Statements Under Oath, in violation of 18 U.S.C. §1015 . Doc. 1.

2. Ms. Dureland was arrested on June 2, 2017, and appeared for her initial appearance, arraignment and detention hearing on that date. Doc. 8. At that time, the Court granted Ms. Dureland conditions of pretrial release. Doc 12.

3. This trial in this case is scheduled to commence on January 16, 2018. Doc.46.

## MEMORANDUM OF LAW

A district court has the power to redact an indictment to avoid unfair prejudice. *See* Fed. R. Crim. P. 7(d) ("Upon the defendant's motion, the court may strike surplusage from the indictment or information."); *United States v. Adkinson*, 135 F.3d 1363, 1376 (11th Cir. 1998) ("A redaction of an indictment is permissible so long as the elements of the offense charged are fully and clearly set out in what remains.").

Here, the indictment charges "Enite Alindor" with violating 18 U.S.C. §§1425(a) & 1015(a). The defendant's name, however, is Odette Dureland. Ms. Dureland disputes the fact that she has ever used, or has ever been known by, the name "Enite Alindor."

A central issue in this case therefore is identity. It is the government's burden to prove that Ms. Dureland, in fact, filed the 1997 Asylum Application at issue in this case under the name "Enite Alindor."

2

Because the government bears the burden of proving that Ms. Dureland and "Enite Alindor" are the same person, it is unduly prejudicial for the government to bypass that burden by addressing Ms. Dureland as "Enite Alindor." *See* Fed. R. Evid. 403.  Further, addressing or calling Ms. Dureland by the name "Enite Alindor" will confuse the jury by asserting as fact the very issue in dispute.

Ms. Dureland therefore asks the Court to amend / redact the references to "Enite Alindor" from the indictment, and asks the Court to order that she not be addressed or referred to as "Enite Alindor."

WHEREFORE, the Defendant, ENITE ALINDOR (a.k.a. Odette Dureland; a.k.a. Yvrose Policin), respectfully requests this Honorable Court grant Ms. Dureland's motion to amend / redact the indictment to reflect her true name as Odette Dureland; and grant Ms. Dureland's motion in limine to preclude references to Ms. Dureland as "Enite Alindor" throughout the trial in this matter

DATED this 10th day of January, 2018.

        Respectfully submitted,

        DONNA LEE ELM
        FEDERAL DEFENDER

        */s/ Irina Hughes*
        Irina Hughes
        Florida Bar No.0066198
        Assistant Federal Defender
        400 North Tampa Street
        Suite 2700
        Tampa, Florida 33602
        Telephone:   (813) 228-2715
        Facsimile:   (813) 228-2562
        Email:   Irina_Hughes@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Jay Hoffer.

        */s/ Irina Hughes*
        Irina Hughes
        Assistant Federal Defender