# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 8:17-CR-00270-T-33MAP

**ENITE ALINDOR**
    a.k.a Odette Dureland
    a.k.a Yvrose Policin
_____/

## REQUEST FOR COURT TO TAKE JUDICIAL NOTICE

COMES NOW, the Defendant, ENITE ALINDOR (a.k.a. Odette Dureland; a.k.a. Yvrose Policin), by and through undersigned counsel and pursuant to Fed. R. Crim. P. 201, and hereby moves this Honorable Court to take judicial notice of the following documents as listed on the Defendant's Second Amended Exhibit List (Doc. 74):

    A.    Pleadings filed in *United States v. Ossmann Desir*, Southern District of Florida Case Number 1:08-cr-20300-CMA (Composite Exhibits 13a-13e);

    B.    Ossmann Desir's Articles of Incorporation for International Network Prodcution, Inc. (Composite Exhibit 13f);

    C.    Department of Justice, Office of the Inspector General, Inspection Report: "*Alien Fingerprint Requirements in the Immigration and Naturalization*

*Service*" (Exh. 1);

D.    Transcript of the Hearing before the Subcommittee On Immigration (Exh. 6);

E.    Testimony before the U.S. House of Representatives Committee on the Judiciary, Subcommittee on Immigration, Border Security and Claims, dated April 30, 1997 (Exh. 5).

As grounds in support thereof, Ms. Dureland states the following:

1.    The central issue in this case is identity, *i.e.* under the Federal Rules of Evidence 104(b), the government must provide evidence that Ms. Dureland was the one who submitted a fraudulent petition for asylum in 1997 under the name of "Enite Alindor." *Maslenjak v. United States*, 137 S. Ct. 1918 (2017).

2.    The sole evidence linking Ms. Dureland to Ms. Alindor's application is the fingerprint card allegedly submitted with Ms. Alindor's application. The government will introduce evidence that Ms. Dureland's fingerprints match the fingerprints on the fingerprint card.

3.    Ms. Dureland maintains that these fingerprints are not sufficient to establish identity.

4.    Under Federal Rules of Evidence 201, Ms. Dureland respectfully requests this Honorable Court to take judicial notice of the above-listed

documents. These documents provide background information regarding the INS' unreliable fingerprinting procedures in 1997. This information is relevant and will help a jury to determine the ultimate issue in this case under *Maslenjak*.

## **MEMORANDUM OF LAW**

Fed. R. Crim. P. 201 "governs judicial notices of an adjudicative fact only, not a legislative fact" and states that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it…can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Crim. P. 201(a) and (b)(2). Ms. Dureland offers this material not to establish a disputed fact, but merely to provide background information to assist the jury in determining material issues in this case. The information requested pertains to Mr. Ossmann Desir, who assisted Ms. Dureland in filling out her bona fide asylum petition in 1997. In 2008, Mr. Desir was indicted in the United States District Court for conspiracy to commit IRS fraud and 15 counts of fraudulent claims. According to the court pleadings, Mr. Desir operated an immigration consulting agency in Miami, Florida. He assisted Haitian individuals with obtaining legal status in the United State and he used the personal identifying information of his Haitian immigration clients to submit fraudulent tax returns.

Additionally, Ms. Dureland intends to introduce a transcript of the testimony from the various congressional hearings to provide the jury with information regarding unreliable fingerprinting procedures.

WHEREFORE, the Defendant, ENITE ALINDOR (a.k.a. Odette Dureland; a.k.a. Yvrose Policin), respectfully requests this Honorable Court take judicial notice of the pleadings filed in *United States v. Ossmann Desir*, Southern District of Florida Case Number 1:08-cr-20300-CMA; the Articles of Incorporation for Ossmann Desir's business, International Network Production, Inc.; and various transcripts of testimony before congressional hearings.

DATED this 23rd day of February, 2018.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Irina Hughes*
Irina Hughes
Florida Bar No.0066198
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Irina_Hughes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Jay Hoffer.

*/s/ Irina Hughes*
Irina Hughes
Assistant Federal Defender