**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.:  8:17-CR-00270-T-33MAP

**ENITE ALINDOR,**
    a/ka/ Odette Dureland;
    a/k/a Yvrose Policin.
_____ /

## NOTICE OF FILING

COMES NOW, the Defendant, ODETTE DURELAND, and hereby files the attached mitigation package and video in support of her previously-filed Sentencing Memorandum, Motion for Downward Variance (Docs. 117, 118), and any mitigation contemplated by this Court.

DATED this 1st day of June, 2018.

                                                     Respectfully submitted,

                                                    DONNA LEE ELM
                                                  FEDERAL DEFENDER

                                                  */s/ Irina Hughes*
                                                  Irina Hughes
                                                  Florida Bar No.0066198
                                                  Assistant Federal Defender
                                                  400 North Tampa Street
                                                  Suite 2700
                                                  Tampa, Florida 33602
                                                  Telephone:   (813) 228-2715
                                                  Facsimile:   (813) 228-2562
                                                  Email:   Irina_Hughes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA Jay Hoffer; and a hard copy of the mitigation video was delivered by hand-delivery to the Clerk of the Court and AUSA Jay Hoffer, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602.

/s/ Irina Hughes
Irina Hughes
Assistant Federal Defender

# United States vs. Enite Alindor

8:17-cr-270-T-33MAPP

Irina Hughes
Assistant Federal Defender
400 N Tampa St Suite 2700
Tampa, Fl 33602
813-514-4828

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

versus                                              Case No.   8:17-cr-270-T-33MAP

  **Enite Alindornite   linr**
           **Defendant**
_____/

## **APPENDICES**

Letters of support from Family ...................……..….…. ….…………………………......A
      Gilbert Dureland (*Husband*)………………..…………………. A1
      Stephen Stauffer (*Husband s employer*)..………………………A2
      Dunois Polissaint Castillo (*Brother*)…………………..…….…A3
      Chrismithe StCyr (*Sister*)……………..…………………….A4
      Fritz Leveille (*Godfather of client's child*)………....…….....A5
      Christy StCyr (*Niece*)…......................…………………….A6
      Leah Durland (*Daughter*).................…….…………….……..A7

Pastor Ulrick Pierre (*Grace of God Church*)….……………………………………......B
    **\*** He referenced how client is a faithful member of his church and speaks on her character

Elisemene Altidor (*Former Employer*)........................................................................C
    **\*** She referenced the client's medical effecting her ability to work
    **\*** She also references the client's character

Medical Records..............................................................................................................D
    **\*** Records showed that the client had a 5cm fibroid ad uterine totaling to 11cm which was
      causing her to be very anemic. This caused her to be a stay at home mother.

Family Photos.................................................................................................................E

Irina Hughes
Assistant Federal Defender
400 N Tampa St Suite 2700
Tampa, Fl 33602
813-514-4828

May 5th. 2018

Gilbert Dureland

302 Arrowroot Rd

Eagle lake , Fl

To whom It May Concern:

Dear Honorable Judge. Today is really a pleasure for me write to you about my lovely wife ODETTE DURELAND, we have been together for more than 25years and raised together four beautiful children and a grandchild. Life never be the way you expect it to be and that is the moment I am living now by come home after work on a long weekend and have no chance to see my wife home again and I would like to tell you that take a big bite on my life.

I have so much difficulty to live a normal life without my wife Odette, in order to find the end meets I have to leave my house every week Sunday and back home on Friday, my wife she is the one who prepared my meals for me for the whole week.

My wife Odette is really a good person she never been in any situation like that and she has rally a clean record and I would like to take that opportunity to ask you to reconsider her fate in that matter. Me as a father and a husband I can consider myself as the head of household but my wife Odette has done more than me, she is the one who manage the family on everything, she is the cornerstone of the family and we are counting on her.

I know that is a very difficult task to beg you for my wife fate, if there is a way to let me to speak on her behalf instead writing to you that letter it will be much better for me and every one could understand what kind of person she really is.

The immigration problem bring cloud into my family we do not know what to do and say in that circumstance, after the Jehovah God you honorable are the only one who can say something to release her from prison and I beg you one more time to do something for her in lieu of sending her to prison and I hope that our Jehovah God will help you to take that good decision for my lovely wife ODETTE DURELAND.

May god help you.

Best wishes
*Gilbert Dureland*
GILBER DURELAND

# PALM ISLES III CONDOMINIUM ASSOCIATION, INC.

To: Dear Judge Hernandez-Covington
From: Stephen Stauffer
Date: May 16, 2018

My name is Stephen Stauffer and for the past 5 years I have been the Property Manager of Palm Isles, a Boynton Beach community for residents aged 55 or better.

During that time I have worked with Gilbert Durland, who has been married to Odette Durland for the past 28 years and is the most important person in her life.

Mr. Durland has been working at Palm Isles for 18 years and is one of the community's longest serving employees. As a maintenance worker he is well respected by unit owners as he works daily maintaining the facility's sprinkler systems and grounds.

I would hope during your deliberations that you look favorably on Mrs. Durland's marital status and the wonderful support system her husband Gilbert provides her with.

If you would like additional information please don't hesitate to call me.

Sincerely,

Stephen Stauffer, LCAM
Palm Isles III Condominium Association
9545 Palm Isles Drive
Boynton Beach, FL 33437
561-369-2995

Dunois Polissaint

2563 SW 10th COURT

BOYNTON BEACH, FL 33426

(561) 843-1362

May 09, 2018

**Ref: Odette Dureland**

Dear Judge,

My name is Dunois Polissaint and I'm a naturalized US citizen living in Palm Beach County, Florida for the last 30 years. I'm a member of a local church here in Delray Beach, Fl . I'm a landscaper and a custodian at Spanish River High school in Boca Raton for number of years.

My letter to you today is on behalf of Odette Dureland. She is is my little sister. We grow up in Haiti in the same house .She is a good person with good moral character, responsible and well respected by everybody. Also, she is a hard working individual.

She has never been in trouble with nobody or any authority since moving into this country. She is a mother of four children (3 girls and one boy). She is married to Julbert Polissaint and they have been living together peacefully and in harmony.

Her imprisonment is a big blow and devastating for the children and for the entire family. I'm asking, you dear honor to release my sister so she can reunite with her children and her husband.

I'm willing to testify in person before you, if requested.

My best regards,

Dunois Polissaint *Polissaint*

State of Florida

County of Palm Beach,

Sworn and subscribed before me this 09th day of May, 2018

Notary Public

My Commission expires

*[Notary seal: JEAN E. RAYMOND, MY COMMISSION EXPIRES DECEMBER 11, 2020, #GG 054061, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]*

Chrismithe St-Cyr
304 Wahneta Palms Dr.
Winter Haven, FL 33880


April 30, 2018


      RE:  Odette Dureland


To The Honorable Judge Hernandez-Covington,

My name is Chrismithe St-Cyr, I am 58 years old, and I am the older sister and best friend of my sister Odette Dureland.  I am a widow and mother of three kids; two sons, and one daughter. I work as a Home Health Aide; I love to help people, I typically spend my spare time ministering and praying for people. I am a Christian, and a God-fearing woman.
     Odette is a wife and a loving mother of 4 and grandmother of 2 beautiful girls, she provides every day for her family. When I lost my husband 6 years ago to cancer, she helped me through my depression and made sure me and my kids had everything we needed. She is a hero to me and I am forever grateful to her. Odette is truly my best friend and the cornerstone of our family. I am always amazed at her ability to take care of her home, husband and raise her four kids with such grace and care. As her sister, I see her nurturing my nieces and nephew into strong, intelligent, independent and respectful people. I hate to see what would occur if this family were to be separated for good. She is the backbone and the one who keeps everything together in the family. Her kids need her around for graduations, first days, and weddings; no mother would want to miss those milestones.
     Not having my sister and best friend around these last few months have been tough for us all. My prayer through this is for God to find a way to keep the family together. Thank you for taking the time to read my letter.


Sincerely,

Chrismithe St-Cyr

304 Wahneta Palms Dr.
Winter Haven, FL 33880
863-223-5099

To: Dear Judge Hernandez Covington

From: Fritz Leveille
Date: May 10, 2018

I am pleased to write this letter on behalf of my longtime friend Odette Dureland My name is Fritz Leveille, I am a us citizen, and it's been a real privilege to know Odette Dureland since we were young. From this friendship I became the Godfather of one of her daughter. I consider her to be a respectable woman and great friend.
After spending a good amount of time with her, I came to realize how caring, hardworking, and thoughtful she is overall. Mrs. Dureland is a loving mother and wife who provides every day for her family. Since her young age in her native country Haiti she went to trade school that she can learned something to take care of herself and her family.

I am always amazed at her ability to raise her children with such grace and care. I am happy to let you know how honest, dependable, peaceful, and conscientious Odette Dureland is with everyone she meets. It is a great honor for me to know her and consider it a privilege to be her friend.

Please contact me if you need further information at 954-260-0977

Sincerely,

Fritz Leveille
656 SW Post Ter
Port St Lucie, FL 34953
Phone: 954-260-0977

STATE OF FLORIDA
COUNTY OF ST LUCIE
The foregoing instrument was acknowledged before me this 11th day of 20 18, by FRITZ LEVEILLE

Signature of Notary Public

Mercidieu Raymond
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG027774
Expires 9/19/2020

A5

Christy St-Cyr

304 Wahneta Palms Dr.

Winter Haven, FL 33880

May 13th, 2018

RE: Odette Dureland

To The Honorable Judge Hernandez-Covington,

    My name is Christy St-Cyr, I am 22 years old, and I am the niece of the defendant, Odette Dureland. I am a business graduate and currently working as a banker for a regional bank. My aunt Odette is a second mother to me and a big reason why am I doing as well as I am and trying to be successful. She has always prayed for me and motivated me to finish school and get a good job. She is such a wise woman and has taught me a lot of what I know about being a woman and an important part of the community and church.

    My aunt is a great wife, loving mother and the best grandmother to her 2 beautiful granddaughters. She often puts herself last to make sure that everyone else is taking care of. Her job as a stay at home mom is more than any of us could handle. She makes it look so easy, and I know it's because she lives and breathes for her family. Having my aunt taken away has been a hard thing we have gone through since my father passed away in 2010. When that happened, we thought our lives would never get back to normal but God kept our family strong. My aunt really helped my mom through that time period because she was very depressed and financial unstable. The two sisters have always been best friends but when my father passed away, I saw them come together closer than ever before.

    My aunt is the rock of her family and ours. She is the glue that keeps all the pieces of our family together. We need her. I pray we stay together.

Thank you taking the time to read our letters.

Sincerely,

*Christy Stcyr*

Christy StCyr

To: Your Honor Judge Hernandez-Covington

From: Leard Dureland

Date: 05/10/2018

 

My name is Leard Dureland, daughter of Odette Dureland.. We have resided in Eagle Lake, Florida since December of 2007. At the moment, I am currently a part time employee of McDonalds Corporations, at West Auburndale. I have been employed here since November of 2016. I am also a full time student at Polk State College pursuing my degree for Elementary Education. My family and I attend church at Haines City Grace of God.. I am part of the youth group and a singer for my church.

My mother has always been my biggest supporter. Anytime I needed her she would always be there for me. Whenever I had anything bothering me, I could always go to her. She would give me wise information, but not until after we prayed. My mother is a strong believer in prayer. Every morning and night she prayed for us. She was the first one up and last one to go to bed. She would always make we were doing good. My mom is such a strong servant for God.

When my mother would work, she made sure we made it to school first. Whenever she came home from work, she would make sure that we were cleaned, our homework was completed, and then cook for us. This went on for a very long time until she became ill. She would make her doctors appointment around my schedule so that I can be with her. Even though she wasn't able to do everything as fast as she used to, she would still get it done for me. Before her surgery on her ovaries, she struggled a lot. She would have days that she can get up and get us ready for the day, but on other days she would need our help to get herself ready for the day.

After her surgery, her recovery is going good with the daily checkup she goes to at her doctor visits. She still would have to take her medications every day. This is the main way she would be able to continue her day.

Now that she hasn't been here, the daily things that she does for us has to be taken up by my older siblings while they are still trying to grow and take care of themselves. My sister has to go around her schedule to make sure that I am making it to schools and work on time instead of going to work on her schedule. She even has to take online classes in order to continue what she wants to do with her life. My mom is literally the backbone to my family. I feel so lost without her here guiding me. It hurts me to go days without hearing from her, seeing her, being able to hug and give her a kiss on the cheek before I leave her. I miss my mom. There's not a day that goes by that I don't think about her. Just hoping she calls me.

Thank you for reading my letter on behalf of my mother, Odette Dureland. Please contact me if you have any further questions.

Sincerely,

Leard Dureland

302 Arrowroot Rd

Eagle Lake FL, 33839

(407)590-8620

TO: Dear Judge Hernandez-Covington
From: Ulrick Pierre
Date: 5/3/2018

The purpose of this letter is to state that I, Ulrick Pierre citizen of the United State with domicile at 127 Winchester Lane, Haines City Fl. 33837, and Pastor of Grace of God Church, in Haines City, Fl. 33844, would like to inform you that Mrs. Odette Dureland, used to be a member in good standing the time she was here with us. And have known her for over four years.

She is a gentle, loving woman, a role model in the church for the members, and a provider for her family. I can't possibly express how horrible it would be if she was to be deported back to Haiti, and I ask that you please let her stay in the United States, the country we now call home. I think she deserves the opportunity to be together with her family here in the United States.

For any other information about this, you may call me at (407) 272-3134

Respectfully,

*Ulrick Pierre*
Ulrick Pierre
127 Winchester Lane
Haines City, Fl 33844

C

Elisemene Altidor

317 Lake Ned Rd

Winter Haven, FL 33884

863-221-7297

Judge Virginia M. Hernandez Covington.

Dear, Your Honor

My name is Elisemene Altidor, and I am a good friend of sister Odette. She and I have been friends for more ten years. Before I continue, I want to tell a little about myself. I am a God-fearing lady who depends deeply on my faith in god. I work for Vistana resort for the past 17 years and recently promoted to Executive Manager for resort one in the beautiful Orlando. I first met sister Odette when she first moved to winter haven, Florida when I visited a church her brother who is now deceased was pastoring. Her warmth welcome toward my mother ( Lamercie Altidor) and I left us no choice but to come back to her church the next Sunday for service. I asked the church to pray us and keep us in their prayers. At this point, we exchange numbers and invited her to dinner to our house at above address. Shortly after, my mother was hospitalized since she has type 2 diabetes. Sister Odette brought her church to the hospital to pray for my mother, and she even spent one night at the hospital with me. Mind you, this is a woman who has a family of her own and grandkids and left her own responsibilities unattended to care for mine. Since then, our friendship strengthened. Sister Odette is person who is caring, dependable and a God loving person. So we began to visit one another on a weekly basis and speak on the phone pretty regularly. As we get to know each other, I found out that she was the same way with everyone else. I felt comfortable enough and respect her so much to recommend her for a position at my company( Vistana Resort) when she lost her job, I felt comfortable enough to put my reputation at stake because I knew the kind of person she was and could vouch for her work ethic.

Unfortunately, due her allergies, she had gotten sick and could not continue to work there. Your honor, since her departure, there is a hole in me and everybody who knew her. I missed her sound advice and sharing stories of what happen at work. What sadden me even more is she was not there to celebrate with me my new promotion as an Executive Manager for resort one at Vistana Resort.

In conclusion your honor, sister Odette is deeply rooted in this community, her church. In Addition, She is a valued citizen,

Sincerely

Elisemene Altidor



Bartow Regional Medical Center
2200 Osprey Blvd
Bartow, FL 33830-

D

# History and Physical

Nobo Jr, Rafael J MD (5/30/2017 11:20 EDT)

**History and Physical**
ADMIT DATE: 05/16/2017

HISTORY OF PRESENT ILLNESS: A 54-year-old gravida 4 para 4 coming in for robotic-assisted vaginal hysterectomy, bilateral salpingo-oophorectomy, possible open. A lengthy discussion was had with the patient that the findings ultrasound showing that she had 5 cm fibroids and uterine total of 11 cm that a possibility of having to convert to open existed and the patient understood and accepted. Also, this is causing the patient to be very anemic. In fact, in the last month, her hemoglobin was 4.8, but was able to increase it by taking iron and other mechanisms. Patient did have an endometrial biopsy that showed no hyperplasia, malignancy or endometritis and do to this heavy bleeding, we are performing the surgery.

ALLERGIES: No known allergies.

MEDICATIONS: She takes:
1. Hydrochlorothiazide for blood pressure.
2. Lisinopril.

PAST OBSTETRICAL HISTORY:
1. C-sections x2.
2. Vaginal delivery.

SOCIAL HISTORY: No smoking, no alcohol, no street drugs.

FAMILY HISTORY: Unknown to the patient.

REVIEW OF SYSTEMS: With the exception of her recent anemia state and her heavy uterine bleeding and fibroids and her hypertension and her lisinopril. Patient did have blood transfusion when she had a C-section some time ago.

PHYSICAL EXAMINATION:
GENERAL: Patient is 5 feet 3 inches, weighs 176 pounds.
VITAL SIGNS: Blood pressure 130/80, pulse 80, respirations 20.
HEENT: Grossly within normal limit.
NECK: Supple. Throat midline. No bruits.
HEART: Regular rate and rhythm.
LUNGS: Clear to A and P.
BACK: No CVA tenderness.
ABDOMEN: Soft. Patient does guard so it was difficult to palpate her pelvic area.
PELVIC: Normal external female genitalia. There is no cervical motion tenderness. Again, the uterus difficult to assess due to the patient guarding. I do not feel any large masses posteriorly, but again, as I stated before, the patient does not relax well.
RECTAL: Confirmatory.
EXTREMITIES: Full range of motion. Deep tendon reflexes +2 and equal.

ASSESSMENT AND PLAN: As stated age female with heavy uterine bleeding causing her to be anemic coming in for robotic-assisted vaginal hysterectomy, bilateral salpingo-oophorectomy, possible ureteral stent placement, open

| | | | |
|---|---|---|---|
| Admit Date: 5/16/2017 | Disch Date/Time: 5/17/2017 | 14:37 EDT | ACCT#: 1104318886 |
| DOB/Age/Sex: 6/16/1962 | / 55 years / Female | CPI: 300334368 | |
| Facility: Bartow Regional Medical Center | | Patient name: DURELAND, ODETTE POLISSAINT | |
| Report Request ID: 198622921 | Page 1 of 7 | Print Date/Time: 3/13/2018 13:31 EDT | |

Bartow Regional Medical Center
2200 Osprey Blvd
Bartow, FL 33830-

# Operative Reports

**Operative/Procedure Report**
ADMIT DATE: 05/16/2017
SERVICE DATE:

INDICATIONS: I was called from the office that it was noted that the patient was having some vaginal bleeding. I had her put in stirrups in the ER department since that was the only place where we had stirrups available, and I noted that the patient had a right-sided lateral tear in the vagina. I was able to suture about 1/2 of it to 2/3, obtaining complete hemostasis, but there was still some more bleeding further deep into the vagina, and the patient was somewhat uncomfortable by this time, going so deep into the vagina, that I informed the patient that I would rather have her done in the OR under anesthesia so that she could better relax and I can do better visualization.

PREOPERATIVE DIAGNOSIS: Vaginal tear.

POSTOPERATIVE DIAGNOSIS: Vaginal tear.

SURGEON: Rafael Nobo, MD

ANESTHESIA: General, Johnson.

DESCRIPTION OF PROCEDURE: The patient was taken back to the operating room where she was prepped in the usual manner for vaginal surgery. A weighted speculum was placed in the vagina and the split speculum was put, and we could see that most of the tear had been repaired, as I stated before, but there was about a 1-inch tear still deeper that was having some oozing. Using 2-0 chromic suture material I was able to get to the apex of this tear and I was able to run it in a locking fashion, and then a couple of figure-of-eights, obtaining good hemostasis. Once this was done, we observed the patient for over a minute. No bleeding was noted. Then we observed the patient for a few more minutes. No further bleeding was noted. Then vaginal packing was inserted into the vagina. By then with direct visualization no bleeding was seen at that time. The patient tolerated the procedure well and was sent to the recovery room in satisfactory condition. Sponge, needle and instrument counts were correct.

Rafael J Nobo, Jr MD

us109688 / 2963516
D: 05/16/2017 18:32:14 T: 05/16/2017 19:03:47

*Electronically Signed By:*
*Nobo Jr, Rafael J MD, on 05.30.2017 11:20 AM*
*Electronically Signed By:*

---

**Operative/Procedure Report**
ADMIT DATE: 05/16/2017
SERVICE DATE:

PREOPERATIVE DIAGNOSES:
1. Fibroid uterus.
2. Heavy bleeding.

Patient name: DURELAND, ODETTE POLISSAINT    ACCT#: 1104318886
                                              CPI: 300334368

Report Request ID: 198622921    Page 3 of 7    Print Date/Time: 3/13/2018 13:31 EDT

Bartow Regional Medical Center
2200 Osprey Blvd
Bartow, FL 33830-

| Surgical Pathology |
|---|

ACCESSION #
TS-17-0000521

Date of Procedure:
5/16/2017 12:53 EDT

Date Received:
5/16/2017 12:53 EDT

## Surgical Pathology Final Report – 5/19/2017 07:57 EDT – Auth (Verified)

**DIAGNOSIS**
UTERUS, BILATERAL UTERINE TUBES, AND OVARIES:
- BENIGN CERVIX.
- BENIGN ENDOMETRIUM.
- ADENOMYOSIS.
- BENIGN LEIOMYOMATA.
- BENIGN BILATERAL OVARIES AND FALLOPIAN TUBES.

EJG/so  (899973)  5/18/2017 15:16:59 EDT

Reviewed, Approved, and Electronically Signed by: Edward Garcia, MD
Verified: 05/19/2017 7:57 AM
EJG/SO

**SPECIMEN**
UTERUS, BILATERAL UTERINE TUBES, AND OVARIES

**GROSS DESCRIPTION**
The specimen is labeled "uterus, bilateral uterine tubes and ovaries".

| | |
|---|---|
| Uterus weight: | 372 grams |
| Uterus dimensions: | 13 x 9 x 6.8 cm |
| Cervical diameter: | 2 cm |
| Radial thickness of cervix: | 1 cm |
| Cervical os length: | 0.9 cm |
| Depth of uterine cavity: | 10.3 cm |
| Endometrial thickness: | 0.2 cm |
| Myometrial thickness: | 4 cm |
| Right fallopian tube: | 2 x 0.5 cm |
| Right ovary: | 3.1 x 2 x 1.5 cm |
| Left fallopian tube: | 3 x 0.6 cm |
| Left ovary: | 3 x 1.7 x 1.7 cm |

Received is an asymmetrically enlarged uterus with attached cervix and with bilateral adnexa. The serosal surface is smooth, red-tan. The ectocervical mucosa is smooth tan with the external os slit-like. The squamocolumnar junction is distinct and the endocervical mucosa is rugated soft tan. The endometrium is soft smooth pink-tan and glistening. The myometrium is rubbery with a few white rubbery intramural and submucosal nodules measuring up to 5.5 cm in diameter. The right and left fallopian tubes have previously been ligated. There are some serosal adhesions. The cortical surfaces

E



